UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
RICARDO VELASQUEZ,                                                     :
:
                           Plaintiff,                :
:
        -v-                                                 :      25 Civ. 5153 (JPC)
:
KASH CENTER LLC and THIRD BATH REALTY           :      <u>ORDER</u>
LLC,                                                                   :
:
                           Defendant.              :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On July 9, 2025, Plaintiff served Defendants with copies of the Summons and Complaint. Dkts. 7, 8. Defendants' deadline to respond to the Complaint was therefore July 30, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until August 8, 2025. If Defendants once again fails to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by August 15, 2025.

       Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendants were served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

       SO ORDERED.

Dated: August 1, 2025
      New York, New York                     _____
                                                          JOHN P. CRONAN
                                             United States District Judge