# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:    305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

December 4, 2025

**VIA CM/ECF**
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 20C
New York, NY 10007

> Re:    **Velasquez v. Kash Center LLC, et al**
>        **Case 1:25-cv-05153-JPC**

Dear Judge Cronan:

The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled and that a settlement agreement is in the process of being drafted and reviewed by the parties and their counsel.  Upon payment of the settlement amount, which will be due after full execution of the settlement agreement, the action will be dismissed by Stipulation of Dismissal with Prejudice to be executed and filed with respect to all Defendants. Kindly issue an Order of Dismissal with Prejudice, including the right of either party to restore this case within 30 days of such Order in the event the settlement agreement is not completed and executed within that time period.

Thank you for your cooperation.

Sincerely,

By:  /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    The Weitz Law Firm, P.A.
    Attorney for Plaintiff
    18305 Biscayne Blvd., Suite 214
    Aventura Florida, 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com